BOARD OF REGENTS, the University of Texas System and the University of Texas M.D. Anderson Cancer Center, Plaintiffs–Appellants,

v.

CTI MOLECULAR IMAGING, INC., CTI, Inc., and CTI Pet Systems, Inc., Defendants–Appellees.

No. 05–1328.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2005.

Before NEWMAN, MAYER, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36